# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.   NO. 4:11CR00114-001 SWW | |
| CONTESSA CLARK | DEFENDANT |

## **ORDER**

Pending before the Court is defendant's pro se motion to terminate probation previously imposed. The government has stated their objection to the early termination of defendant's probation in their response in opposition filed February 22, 2013 [doc #65]. The government's response states that "the defendant was the leader of a fairly sophisticated, lengthy scheme that stole the identities of deceased people so that she could feed her avarice at no expense to her." Further, the defendant owes a substantial balance of $20,447.84 on her restitution at this time. The Court has considered the defendant's motion and the government's response and finds that defendant's motion for early termination should be denied.

IT IS THEREFORE ORDERED that defendant's motion to terminate probation [doc #64] be, and it is hereby, **DENIED**.

Dated this 6th day of March 2013.

/s/Susan Webber Wright
United States District Judge