PROB 12B
EDAR (12/2012)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 16 2013

JAMES W. McCORMACK, CLERK
By: _C Norwood_
DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Contessa Clark                    Case Number: 4:11CR00114-001 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                        United States District Judge

Original Offense:      Conspiracy to Commit Mail Fraud

Date of Sentence:      February 10, 2012

Original Sentence:     36 months probation, defendant shall not obtain employment at an institution insured by the FDIC or a Federal Credit Union, financial disclosure, no new lines of credit, DNA collection, $21,283.84 restitution and $100 special penalty assessment.

February 22, 2013:     Judgment amended to include that defendant shall serve six months in home detention with electronic monitoring.

March 6, 2013:         Motion for early termination of probation denied.

Type of Supervision:   Probation            Date Supervision Commenced: February 10, 2012
                                            Date Supervision Expires: February 9, 2015

U.S. Probation         Asst. U.S.                          Defense
Officer: Emilienne Ngampa    Attorney: Michael Gordon      Attorney: To be appointed

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
X   To modify the conditions of supervision as follows:

The defendant shall pay restitution in the amount of not less than $100 a month.

## CAUSE

Ms. Clark has failed to pay her restitution according to the payment schedule ordered. A financial investigation revealed Ms. Clark's gross income is $1688.50. However, her necessary expenses are $1615.92. Ms. Clark agreed to review her monthly expenses and make at least $100 restitution payments per month.

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay restitution in the amount of not less than $100 a month.

Witness: _____  Signed: ___Contessa Clark___
U.S. Probation Officer                                      Probationer or Supervised Releasee

___October 8, 2013___
DATE

___Lynn C. Peters___
Defense Attorney

Prob 12B                                     -2-                          Request for Modifying the
                                                                        Conditions or Terms of Supervision
                                                                            with Consent of the Offender

Name of Offender: Contessa Clark                    Case Number: 4:11CR00114-001 SWW

_____                    _____
Emilienne Ngampa                                    Michael Gordon
U.S. Probation Officer                              Assistant U.S. Attorney

Date: October 10, 2013                              Date: 10/11/13

Approved:

_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

10-16-2013
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Michael Gordon, P.O. Box 1229, Little Rock, AR 72203